**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                             415.522.2000

**December 21, 2011**

**CASE NUMBER:  CV 11-05810 JCS**
**CASE TITLE:  BNSF LOGISTICS LLC-v-L & N EXPRESS INC**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/21/11

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                  Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
| --- | --- |
| Log Book Noted | Entered in Computer 12/21/11 ha |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                     Transferor CSA